IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


LEWIS HOYE                          :

              v.                    :               NO.  10-7478

NCO FINANCIAL SYSTEMS, INC.         :

                                    :

                                                    **FILED**

                                                    MAY 9 - 2011

                                                    By_____Dep. Clerk

                    JUDGMENT


BEFORE PRATTER, J.


          AND NOW, to wit, this 24th day of March, 2011,
It is ORDERED that in accordance with the Acceptance of Offer and
entry of Judgment filed by Plaintiff, Judgment is entered in favor
of Plaintiff and against Defendant in the amount of $1,250.00
including reasonable costs and attorney's fees accrued.

                    BY THE COURT:



                    ATTEST:



                    _____
                    Deputy Clerk



judg